ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel to Cadence Innovation LLC*

**UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
**In re:**                                                      :   Chapter 11
                                                                :
   **DELPHI CORPORATION,** *et. al.*,              :   Case No. 05-44481 (RDD)
                                                                :
              **Debtors.**   :   Jointly Administered
----------------------------------------------------------------x
                                                                :
**CADENCE INNOVATION LLC**                                      :
                                                                :   Civil Action No. 07-08769 - RPP
     **Plaintiff**                        :
                                                                :
  **v.**                                               :
                                                                :
**DELPHI CORPORATION,** *et al.*,                               :
                                                                :
     **Defendants.**                     :
----------------------------------------------------------------x

**NOTICE OF DISMISSAL OF CADENCE INNOVATION LLC'S MOTION
SEEKING MANDATORY WITHDRAWAL OF THE REFERENCE OF
DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a)
AND 502(c) (A) ESTIMATING AND SETTING MAXIMUM CAP ON
CADENCE INNOVATION LLC'S UNLIQUIDATED CLAIM AND
<u>(B) APPROVING EXPEDITED CLAIMS ESTIMATION PROCEDURES</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cadence Innovation Systems LLC ("Cadence") and Defendant Delphi Corporation, *et al.* ("Delphi")) hereby stipulate to the dismissal, with prejudice, of Cadence's Motion Seeking Mandatory Withdrawal of the

- 2 -

Reference. The parties further stipulate that each party shall be responsible for its own attorneys' fees and costs.

Respectfully submitted, this 19th day of December 2007.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ALSTON & BIRD LLP |
|---|---|
| /s/ John K. Lyons | /s/ Dennis J. Connolly |
| John Wm. Butler, Jr. (JB-4711) | Dennis J. Connolly (DC-9932) |
| John K. Lyons (JL-4951) | One Atlantic Center |
| Ron E. Meisler (RM-3026) | 1201 West Peachtree Street |
| 333 West Wacker Drive, Suite 2100 | Atlanta, Georgia 30309-3424 |
| Chicago, Illinois 60606-1285 | Telephone (404) 881-7000 |
| (312) 407-0700 | Facsimile (404) 881-7777 |
| *Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession* | *Attorneys for Cadence Innovation LLC* |