ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel to Cadence Innovation LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et. al.*, | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |
| ----------------------------------------x | |
| CADENCE INNOVATION LLC | |
| Plaintiff | Civil Action No. 07-08769 - RPP |
| v. | |
| DELPHI CORPORATION, *et al.*, | |
| Defendants. | |
| ----------------------------------------x | |

**NOTICE OF DISMISSAL OF CADENCE INNOVATION LLC'S MOTION
SEEKING MANDATORY WITHDRAWAL OF THE REFERENCE OF
DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a)
AND 502(c) (A) ESTIMATING AND SETTING MAXIMUM CAP ON
CADENCE INNOVATION LLC'S UNLIQUIDATED CLAIM AND
(B) APPROVING EXPEDITED CLAIMS ESTIMATION PROCEDURES**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cadence Innovation Systems LLC ("Cadence") and Defendant Delphi Corporation, *et al.* ("Delphi")) hereby stipulate to the dismissal, with prejudice, of Cadence's Motion Seeking Mandatory Withdrawal of the

Reference. The parties further stipulate that each party shall be responsible for its own attorneys' fees and costs.

Respectfully submitted, this 19th day of December 2007.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ALSTON & BIRD LLP |
|---|---|
| /s/ John K. Lyons | /s/ Dennis J. Connolly |
| John Wm. Butler, Jr. (JB-4711) | Dennis J. Connolly (DC-9932) |
| John K. Lyons (JL-4951) | One Atlantic Center |
| Ron E. Meisler (RM-3026) | 1201 West Peachtree Street |
| 333 West Wacker Drive, Suite 2100 | Atlanta, Georgia 30309-3424 |
| Chicago, Illinois 60606-1285 | Telephone (404) 881-7000 |
| (312) 407-0700 | Facsimile (404) 881-7777 |
| *Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession* | *Attorneys for Cadence Innovation LLC* |

So ordered
[signature] USDJ
12/19/07

**Notices**
1:07-cv-08769-RPP In Re: Delphi Corporation
ECF

## U.S. District Court

## United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Connolly, Dennis on 12/19/2007 at 3:17 PM EST and filed on 12/19/2007

**Case Name:** In Re: Delphi Corporation
**Case Number:** 1:07-cv-8769
**Filer:** Delphi Corporation
Cadence Innovation LLC

**Document Number:** 3

**Docket Text:**
**NOTICE of Dismissal of Cadence Innovation LLC's Motion Seeking Mandatory Withdrawal of the Reference of Debtors' Motion for Order Pursuant to 11 U.S.C. Sections 105(a) and 502(c) (A) Estimating and Setting Maximum Cap on Cadence Innovation LLC's Unliquidated Claim and (B) Approving Expedited Claims Estimation Procedures. Document filed by Cadence Innovation LLC, Delphi Corporation. (Connolly, Dennis)**

1:07-cv-8769 Notice has been electronically mailed to:

Dennis James Connolly    dconnolly@alston.com

1:07-cv-8769 Notice has been delivered by other means to:

John Wm. Butler , Jr
Skadden, Arps, Slate Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/19/2007] [FileNumber=4104683-0] [636fa6d6e56f7e514ab6ae6ffead1e6f5efe56539fc7b615e5eeea4baebfbbd9aa 2368a4466096ef4ec0fd4760c9c78f0e090abf0d9a4fc47f433d177c425718]]

https://ecf.nysd.uscourts.gov/cgi-bin/Dispatch.pl?922918087530209    12/19/2007