UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

    Delphi Corporation, et al.,

                Debtors
-----------------------------------------------------------X
CADENCE INNOVATION LLC,

                Plaintiff,

    v.

DELPHI CORPORATION, et al.,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

07 Civ. 8769 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    A Notice of Dismissal having been so ordered by the Court on December 19, 2007, this case is now closed.

    IT IS SO ORDERED.

Dated: New York, New York
       March 19, 2008

_____
Robert P. Patterson, Jr.
U.S.D.J.